**Order entered June 6, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01159-CR

### ZACHARY DEAN JOLLIFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071936**

### ORDER

Before the Court is appellant's June 3, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by July 5, 2022.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE